**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| KEVIN FORTEM FOFANG,<br><br>Petitioner,<br><br>-vs-<br><br>FRED FIGUEROA, Warden, Diamondback Correctional Facility, in his official capacity, et al.,<br><br>Respondents. | ) | NO. CIV-26-1934-HE |

**ORDER**

On August 17, 2026, the court entered an order [Doc. #11] directing petitioner to pay the $5.00 filing fee or submit an application for leave to proceed without prepayment of the filing fee by August 26, 2026. The court advised petitioner that failure to comply will result in the dismissal of this action without prejudice pursuant to Fed. R. Civ. P. 41(b).

Petitioner did not comply with the order.

Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(b).

A separate judgment will be entered.

**IT IS SO ORDERED**.

Dated this 27th day of August, 2026.

JOE HEATON
UNITED STATES DISTRICT JUDGE